**Allie ALDRIDGE, Plaintiff–Appellant,**

v.

**Charles HILL; C.L. Shoefner; Bertha Thomason; Barbara Pohlman, Defendants–Appellees.**

No. 01–6408.

United States Court of Appeals, Fourth Circuit.

Submitted May 31, 2001.

Decided June 11, 2001.

Allie Aldridge, pro se. William McBlief, Office of the Attorney General of North Carolina, Dana Hefter Davis, Raleigh, NC, for appellees.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Allie Aldridge appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See*

*Aldridge v. Hill,* No. CA–99–652–5–BO (E.D.N.C. filed Jan. 29, 2001; entered Jan. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*